IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CINDY D. HULSEY                                                           PLAINTIFF

    v.                     Case No. 11-2076

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                          DEFENDANT

## O R D E R

NOW on this 24th day of August, 2011, there comes on for consideration the parties' Stipulation to Dismiss (doc. 12).  IT APPEARING to the Court that the matter has been settled, counsel for the parties having so advised, it is ORDERED that Plaintiff's Complaint is dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.  The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

                              /s/ Robert T. Dawson
                              **HONORABLE ROBERT T. DAWSON**
                              **UNITED STATES DISTRICT JUDGE**